UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00226-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PATRICK HAMILTON,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, June 20, 2008,** and responses to these motions shall be filed by **Monday, June 30, 2008.** It is

    FURTHER ORDERED that counsel will request a hearing on all pending motions, if necessary, at a later date. It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, July 14, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated: May 27, 2008

        BY THE COURT:

        <u>s/ Wiley Y. Daniel</u>
        Wiley Y. Daniel
        U. S. District Judge