UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00226-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PATRICK HAMILTON,

    Defendant.
_____

**ORDER**
_____

THIS MATTER came before the Court on a status conference on Tuesday, June 24, 2008. In accordance with my rulings at the conference, it is

ORDERED that the 3-day jury trial set to commence Monday, July 14, 2008, at 9:00 a.m. is **VACATED.** It is

FURTHER ORDERED that speedy trial deadlines are currently tolled pursuant to 18 U.S.C. § 3161(h)(1)(F) since a pretrial motion was filed that has not yet been heard or decided. It is

FURTHER ORDERED that a status report is due on or before **Monday, July 21, 2008**. The report shall discuss the status of the case, including whether the parties have reached a disposition or whether a hearing on the pending motion is needed and if so, how long the hearing is expected to last.

Dated: June 25, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge