IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 08-cr-00226-WYD

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**PATRICK HAMILTON,**

    **Defendant.**

---

THIS MATTER coming before the Court upon motion of the government to dismiss COUNT 2 of the Indictment, and the Court having considered the same,

IT IS HEREBY ORDERED that Count 2 of Indictment is dismissed under the terms of the plea agreement, this 13th day of May, 2009.

BY THE COURT:

_____
Hon. Wiley Y. Daniel
Chief Judge
United States District Court